UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00101-MR-WCM

| | | |
|---|---|---|
| **CHARLES JORDAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **TRUMP FOR VICTORY SUPER PAC, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff filed a Complaint in this matter on May 20, 2022. [Doc. 1]. He sought to proceed in forma pauperis. [Doc. 3]. On July 11, 2022, the Court denied Plaintiff's motion to proceed in forma pauperis without prejudice for the reasons stated in that Order. [Doc. 4]. The Court allowed Plaintiff 21 days to either pay the filing fee or to file an amended application to proceed in forma pauperis. [Id. at 3]. The Court advised Plaintiff that this case would be dismissed without further notice and without prejudice should Plaintiff fail to comply with the Court's Order. [Id.]. Plaintiff has not complied. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

**IT IS SO ORDERED**.

Signed: August 19, 2022

Martin Reidinger
Chief United States District Judge